IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN TESTANI, *et al.*, | ) |
| Plaintiffs, | ) Civil Action No. 2:24-CV-02193-JP |
| v. | ) |
| KEVIN JAMESON, *et al.*, | ) |
| Defendants. | ) |

**KEVIN JAMESON AND DEMENTIA SOCIETY, INC. D/B/A DEMENTIA SOCIETY OF AMERICA'S MOTION TO DISMISS AND MOTION TO STRIKE**

Defendants Kevin Jameson and Dementia Society, Inc. ("DSA") respectfully move the Court pursuant to Federal Rules of Civil Procedure 8(a) and 12(b)(6) to dismiss the complaint, with prejudice, or in the alternative, move to strike pursuant to Federal Rule of Civil Procedure 12(f). Jameson and DSA also request oral argument on their motions.

The basis for Defendants' motions are set forth in the attached supporting brief.

Respectfully submitted,

COZEN O'CONNOR

Date: June 14, 2024

By: */s/: Kevin T. Kerns, Esq.*
Kevin T. Kerns (PA 75627)
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
215-665-2000
215-665-2013 (fax)