IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN TESTANI, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KEVIN JAMESON, ET AL. | : | NO. 24-2193 |

## **ORDER**

**AND NOW**, this 15th day of July, 2024, upon consideration of Defendants' "Motion Seeking Leave to File Reply Brief" (Docket No. 7), **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and the Clerk shall enter Defendants' Reply Brief, attached to the Motion as Exhibit 1, on the Docket.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.