IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN TESTANI, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KEVIN JAMESON, ET AL. | : | NO. 24-2193 |

## ORDER

**AND NOW**, this 11th day of February, 2025, upon consideration of Defendants' "Motion to Dismiss and Motion to Strike" (Docket No. 5), all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Motion is **GRANTED** to the extent that it asks us to strike the following language in paragraph 23 of the Complaint and that language is **STRICKEN** – "Plaintiffs reasonably feared that Jameson might have hidden another listening device or camera in the downstairs bathroom, causing them further anxiety, stress and suffering."

2. The Motion is **DENIED** in all other respects

.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.